ACCEPTED
04-14-00301-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/29/2015 12:45:06 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00301-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/29/2015 12:45:06 PM
KEITH E. HOTTLE
Clerk

## THE CITY OF SAN ANTONIO,

APPELLANT,

V.

## GERARD CORTES,

APPELLEE.

## APPELLEE'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S MOTION FOR REHEARING AND/OR MOTION FOR EN BANC RECONSIDERATION

TO THE HONORABLE FOURTH COURT OF APPEALS:

NOW COMES GERARD CORTES, appellee in the above-styled and numbered cause, and files this, his Unopposed First Motion to Extend Time to File Appellee's Motion for Rehearing and/or Motion for En Banc Reconsideration, and in support of this motion would respectfully show the Court as follows:

### I.

This Court issued an opinion in this cause on April 29, 2015. Pursuant to Tex.R.App.P. 49.1 and 49.7, appellee had fifteen (15) days from the date the opinion issued to file a motion for rehearing or motion for en banc reconsideration. Moreover, pursuant to Tex.R.App.P. 49.8, the fifteen (15) day window can be extended so long as

a proper motion to extend time is filed within fifteen (15) days of the last date on which a party may file a motion for rehearing or a motion for en banc reconsideration. This motion for extension of time is being filed within the time periods set forth under Tex.R.App.P. 49, as the motion is being filed on the fifteenth day following the deadline to file either a motion for rehearing or a motion for en banc reconsideration.

## II.

CORTES seeks an extension of thirty (30) days from the original deadline in which to file his motion for rehearing and/or motion for en banc reconsideration, making the motion due to be filed on or before June 15, 2015. This is CORTES' first request for an extension of time. Opposing counsel has been notified of this motion and has indicated that there is no opposition to the requested extension.

## III.

A reasonable explanation exists for this requested extension, in that counsel for appellee has been traveling out of town and away from his office for both business and personal reasons for much of the month of May, 2015. In addition, during the month of May, 2015, appellee's counsel has been moving out of the home that he and his family have lived in for eighteen (18) years, resulting in a great deal of time and attention on matters pertaining to the sale of the home, acquisition of a new home and the move of unbelievable quantities of accumulated memories and personal property. The move will be finalized this weekend, allowing counsel to return his attention to this matter, as well as other pending matters.

In addition, the undersigned has been involved in a guardianship proceeding regarding his mother, which has taken a great deal of time and attention. These matters, taken cumulatively, have prevented appellee's counsel from completing the requisite motion and form the basis for the requested extension of time.

For these reasons, GERARD CORTES respectfully prays that the Court GRANT this Motion to Extend Time to File Appellee's Motion for Rehearing and/or Motion for En Banc Reconsideration and provide counsel with an extension of thirty (30) additional days from the current deadline, making the brief due to be filed on or before June 15, 2015.

Respectfully submitted,

THE LAW OFFICES OF RICKY J. POOLE
8000 IH-10 West, Suite 600
San Antonio, Texas 78230
(210) 525-7988 [TELEPHONE]
(210) 525-7987 [FACSIMILE]
rpoole@alamocityattorney.com

By: __/s/____Ricky J. Poole__
RICKY J. POOLE
State Bar No. 16124680

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been served via ELECTRONIC MAIL upon the following counsel of record on this 29th day of MAY, 2015:

Jacqueline M. Stroh
The Law Office of Jacqueline M. Stroh, P.C.
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
jackie@strohappellate.com


/s/ Ricky J. Poole
RICKY J. POOLE